UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>REAL PROPERTY KNOWN 27112 SE GRAND RIDGE DRIVE, ISSAQUAH, WASHINGTON, 98029, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS, THERETO AND THEREUPON,<br><br>Defendant. | CASE NO. 2:26-cv-01292-LK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

This matter comes before the Court on the parties' Stipulated Renewed Motion to Stay Civil Forfeiture Proceeding pursuant to 18 U.S.C. § 981(g)(1). Dkt. No. 14. For the reasons set forth below, the Court grants the motion.

The facts underlying this civil forfeiture case are set forth in the Court's prior order, Dkt. No. 13, and will not be repeated here. The Court previously denied without prejudice the Government's unopposed motion to stay this matter, Dkt. No. 11, because that motion did not

identify or describe the underlying criminal investigation or describe how failing to stay this matter would adversely affect the criminal investigation. Dkt. No. 13 at 3–4; *see also* 18 U.S.C. § 981(g).

Subsequently, the parties filed this stipulated motion stating that third party claimant Christopher Christensen owns the property that is the subject of this matter, and that the verified complaint alleges that the property is subject to forfeiture as property which constitutes or is derived from proceeds traceable to listed violations of federal criminal statutes. Dkt. No. 14 at 2–3 (citing Dkt. No. 1 at 4). Christensen "requests the stay because continuation of this forfeiture proceeding will burden his right against self-incrimination in the related investigation." *Id.* at 2. The parties have also filed the Declaration of Special Agent Matthew McCormick explaining that the Federal Bureau of Investigation is "investigating criminal violations of 18 U.S.C. §§ 1343 (wire fraud), 1349 (wire fraud conspiracy), and 1956 (money laundering), among others, relating to iCap Investments, LLC ('iCap')," and Christensen "is a subject" of that investigation. Dkt. No. 16 at 2. Agent McCormick further states that "[c]ivil discovery in this forfeiture proceeding will adversely affect the ability of the government to conduct the related criminal investigation" because there are other subjects who are not aware of the investigation, and civil discovery "will provide the subjects of the investigation with information about the government's investigative strategy" in various ways. *Id.* In addition, "[p]remature disclosure" of the government's information gleaned from the ongoing investigation "could jeopardize the integrity of such assessment and evaluation." *Id.*

The parties have also filed the Declaration of Dennis Carroll, who has been appointed to represent Christensen in the pending criminal investigation. Dkt. No. 15 at 1. Mr. Carroll states, "To assert his claim in this forfeiture proceeding, Mr. Christensen would be forced to address the allegations in the pending criminal investigation. This would burden his right against self-incrimination in the pending criminal investigation." *Id.* at 2.

After reviewing these declarations, the motion, and the balance of the record, the Court finds that the parties have shown that there is a related criminal investigation, and that allowing civil discovery to proceed in this matter would interfere with that investigation for the reasons identified above. Accordingly, the Court GRANTS the stipulated motion, Dkt. No. 14; STAYS this matter pursuant to 18 U.S.C. § 981(g)(1) pending resolution of the related criminal investigation, including any potential criminal case, or until further order of the Court; and further ORDERS as follows:

1. The United States and Claimant Christopher Christensen do not waive any of their respective rights, objections, claims, or defenses they have with respect to this civil forfeiture proceeding.

2. Notwithstanding the stay, any party may request at any time by written motion authorization to conduct an interlocutory sale of the defendant property in this case, described as real property located at 27112 SE Grand Ridge Drive, Issaquah, Washington, 98029, King County, Parcel Number 252406-9077-06, titled in the names of Christopher Christensen and Debra Christensen, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements.

3. Any party may request at any time by written motion a lifting of the stay.

4. In the event the related criminal investigation, including any criminal case, has not been completed, the United States shall file a status report within six months of entry of this Order.

Dated this 24th day of July, 2026.

Lauren King

Lauren King
United States District Judge